UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                 -against-

VITALY FARGESEN

                                 Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21    -CR- 602  ) ( )

Defendant __VITALY FARGESEN__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

**X**   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Vitaly Fargesen w/consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Vitaly Fargesen**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Jeffrey Lichtman**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10-5-2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge