LAW OFFICES OF

**JEFFREY LICHTMAN**

11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-14-21

October 13, 2021

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Fargesen, et al., 21 CR 602 (SDNY) (LAP)

Dear Judge Preska:

    I am writing on behalf of defendant Vitaly Fargesen to respectfully request a modification of the defendant's conditions of release which would permit him to: 1) visit with his elderly mother in Brooklyn, New York when pre-approved by Pretrial Services; and 2) attend the christening of his niece on October 17 in Syosset, New York. The government, by AUSA Gina Castellano, has no objection to this application, and if approved, Mr. Fargesen will immediately provide Pretrial Services with the details of his October 17 day-trip to Long Island.

    By way of background, on October 5, 2021, Judge Parker released Mr. Fargesen on a $3M personal recognizance bond secured by property and cosigned by one financially responsible person with the conditions that, *inter alia*, the defendant's travel be restricted to the District of New Jersey and for him to attend meetings with counsel in the Southern District of New York.[1]

SO ORDERED

*/s/ Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

---

[1] The bond erroneously indicates that the defendant may also travel within the Eastern District of New York, which does not accurately reflect the conditions set on the record by Judge Parker.