

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2021

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Vitaly Fargesen and Igor Palatnik*, 21 Cr. 602 (LAP)

Dear Judge Preska:

      On October 5, 2021, the defendants Vitaly Fargesen and Igor Palatnik were charged in Indictment 21 Cr. 602 with securities fraud, wire fraud, and related conspiracy offenses. The parties are scheduled to appear before Your Honor for a pre-trial conference on October 18, 2021. The Government writes, with the consent of defense counsel, to respectfully request that the conference scheduled for October 18, 2021 be adjourned to November 4, 2021 at 9:00 a.m. The Government further requests that the time between October 18, 2021 and November 4, 2021 be excluded pursuant to the provisions of the Speedy Trial Act. The Government has been in touch with defense counsel about producing discovery and the exclusion of time will enable the Government to begin production of discovery and enable the defendants to begin reviewing discovery materials. The Government submits that the interests of justice outweigh the interests of the defendants and the public in a speedy trial. In addition, counsel for defendants consent to the exclusion of time. A proposed order for the Court's consideration is enclosed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

SO ORDERED.

*Loretta A. Preska*  10/15/2021

      By:   s/                        
      Gina Castellano
      Assistant United States Attorney
      (212) 637-2224

cc:    All defense counsel (by ECF)