LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

October 22, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-25-21

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Fargesen, et al., 21 CR 602 (SDNY) (LAP)**

Dear Judge Preska:

I am writing on behalf of defendant Vitaly Fargesen to respectfully request two modifications of the defendant's conditions of release. First, permission for the defendant to travel to Cornell Medical Center, located at 525 East 68th Street, on October 25, 2021 between 10:00 a.m. and 2:00 p.m in order to retrieve physical copies of medical records related to his son. Second, permission for the defendant to travel the following day, October 26, 2021, to Narbeth, Pennsylvania, from 10:00 a.m. until 6:00 p.m., to bring his son to a medical appointment. The government, by AUSA Gina Castellano, has no objection to this application, and if approved, Mr. Fargesen will immediately provide Pretrial Services with the details of trip to Pennsylvania for his son's appointment.

By way of background, on October 5, 2021, Judge Parker released Mr. Fargesen on a $3M personal recognizance bond secured by property and cosigned by one financially responsible person with the conditions that, *inter alia*, the defendant's travel be restricted to the District of New Jersey and for him to attend meetings with defense counsel in the Southern District of New York.[1] Since that time, Mr. Fargesen has remained compliant with his conditions of release.

---

[1] The bond erroneously indicates that the defendant may also travel within the Eastern District of New York, which does not accurately reflect the conditions set on the record by Judge Parker.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/25/21