**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2021

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Vitaly Fargesen and Igor Palatnik*, 21 Cr. 602 (LAP)

Dear Judge Preska:

      The Government writes to respectfully request an additional month to complete its Rule 16 discovery production. During the November 4, 2021 conference in this matter, the Government proposed, and the Court accepted, a Rule 16 discovery production deadline of December 3, 2021. While the Government believes it will substantially complete its Rule 16 production by December 3, 2021, the Government has identified additional data to review for potential Rule 16 material and, given the volume of that data, cannot complete a review by December 3, 2021. Accordingly, in order to facilitate an orderly review of the additional data and to permit the Government to make any discovery productions that may be required, the Government respectfully requests until January 3, 2022, to meet its Rule 16 obligations.

      Counsel to each defendant has consented to this request.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/1/21

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
     Andrew Thomas
     Assistant United States Attorney
     (212) 637-2106

cc:    All defense counsel (by ECF)