LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

July 12, 2022

**BY ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Fargesen, et al.</u>, 21 CR 602 (SDNY) (LAP)

Dear Judge Preska:

    I am writing on behalf of defendant Vitaly Fargesen and with the consent of all parties to respectfully request a one week extension of the briefing schedule for the defendants' pretrial motions in the above-referenced case. The additional time that we seek will permit the defendants to better coordinate their filings so as to avoid any duplicative efforts. The proposed briefing schedule, which we do not believe would impact the February 2023 trial date, is as follows:

    July 22, 2022: Defendants' pretrial motions to be filed
    August 12, 2022: Government's opposition to be filed
    August 19, 2022: Defendant's reply to be filed

SO ORDERED

*/s/ Loretta A. Presky*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

7/13/22

JEFFREY LICHTMAN

Hon. Loretta A. Preska
United States District Judge
July 12, 2022
Page 2

      Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

                                              Respectfully submitted,

                                              Jeffrey Lichtman

cc:    Gina Castellano, Esq.
        Andrew Thomas, Esq.
        Assistant United States Attorneys (by ECF)

So Ordered:

_____
Hon. Loretta A. Preska