

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 12, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    *United States of America v. Vitaly Fargesen*
             Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

    One of Mr. Fargesen's bail conditions is GPS monitoring with an ankle bracelet.

    Mr. Fargesen's daughter is getting married in Queens on Sunday, January 22, 2023. Given events with family and friends prior to that, Mr. Fargesen respectfully requests that his ankle bracelet be removed from 1/19-1/23. His intention is to remain strictly in the SDNY, EDNY and DNJ during this time.

    I have spoken to his PTS officer, and they have no objection. In fact, they have no objection to removing the ankle bracelet entirely at some point in the future. The government takes no position.

    Notably, the Court may recall that an ankle bracelet was not part of Mr. Fargesen's original bail conditions until he became employed as a driver who traveled across the country.

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/12/23

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Fargesen

_____
By: Steven Brill