

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 1, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    *United States of America v. Vitaly Fargesen*
              Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

    One of Mr. Fargesen's bail conditions is GPS monitoring with an ankle bracelet. Notably, this condition was not part of Mr. Fargesen's initial bail conditions, but only as a result of his employment making cross-country deliveries. Recently, Mr. Fargesen has stopped driving cross-country, and found someone else to make cross-country deliveries. He will now serve as a dispatcher for the company. Mr. Fargesen's intention is to remain strictly in the SDNY, EDNY and DNJ - as was previously part of his initial bail conditions.

    Mr. Fargesen's PTS officer has no objection to this request, and has previously emailed me to say "We would further agree to permanent removal of the GPS condition.

    The government defers to PTS.

*The GPS condition (including the ankle bracelet) is deleted. Mr. Fargesen is restricted to SDNY, EDNY, and DNJ.*

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Fargesen

By: Steven Brill

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2/1/23