

April 25, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

> Mr. Fargesen's request is granted. Mr. Fargesen's current bail conditions shall remain the same.
>
> SO ORDERED.
>
> *Loretta A. Preska*
> 4/26/2023

Re: *United States of America v. Vitaly Fargesen*
Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

Recently Your Honor modified Mr. Fargesen's bail condition to remove location monitoring when he stopped driving cross-county for work and instead served as a dispatcher locally. Unfortunately, due to work and financial constraints, Mr. Fargesen must return to engage in periodic cross county shipping trips. The trips are like those he made before where he drives 7-10 days at a time. As he had done before he intends on checking in with PTS every time he gets a new job, forwarding them the work order with details, including which company gives him the job, the pickup point and delivery, how many miles and price.

Mr. Fargesen's house is also attached as a bail condition and his entire family, including children are in NJ/NY. In addition, when Mr. Fargesen does not drive, he remains solely in the SDNY, EDNY and DNJ - as was previously part of his initial bail conditions.

Despite this work change, PTS has no objection keeping Mr. Fargesen off location monitoring. According to PTS Officer Josh Rothman, PTS "does not believe that is necessary at this time." In an abundance of caution, I bring this to the Court's attention, and respectfully request that the bail conditions that are in place now, remain the same.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill