

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

July 14, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007-1312

      Re:   ***United States v Fargesen***
              Ind. # 21-cr-602 (LAP)

Dear Judge Preska,

    I am assigned to represent Mr. Fargesen pursuant to CJA. Mr. Fargesen is presently before this Court charged with Conspiracy to Commit Securities Fraud, pursuant to 18 U.S.C. 371,; Securities Fraud, pursuant to 15 U.S.C. 78j(b) and 78ff, 17 C.F.R. 240.10b-5, 18 U.S.C. 2; Conspiracy to Commit Wire Fraud, pursuant to 18 U.S.C. 1349; and Wire Fraud, pursuant 18 U.S.C. 981(a)(1)(C), 21 U.S.C. 853(p), 28 U.S.C. 2461.

    Presently, the matter is scheduled for trial on October 16, 2023. Given the quickly approaching trial date, I respectfully make the following request:

> Approval of CJA funds, pursuant to 18 U.S.C. § 3006A, to use the services of a full-time associate, James Healy, from my office (Sullivan Brill, LLP) to assist me in Mr. Fargesen's representation. Requested services will include client-consultations, counsel visits, document review and assistance with legal research, writing, motion practice, trial preparation and assistance at trial. I propose an associate rate of $110/hour. I anticipate that, in total, at the pre-trial stage, our associate will incur an estimated 100 hours.

SO ORDERED
*Loretta A. Preska*    7/17/23
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Mr. Healy has been a full-time associate of our firm for ten years and has been routinely approved to work on CJA cases throughout this period.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

_____
Steven Brill, Esq