

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

September 15, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

    Re:    *United States of America v. Vitaly Fargesen*
            Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

    As Your Honor is aware, this matter is scheduled for trial on October 16, 2023. I am assigned pursuant to CJA. Now amid trial preparation, it has become clear to me that given the amount of discovery, and the necessary work associated with the anticipated trial evidence and witnesses, the assistance of another CJA attorney is vital to providing Mr. Fargesen with effective assistance of counsel.

    I therefore respectfully request that Your Honor authorize the services of Edward Sapone, a member of the SDNY CJA panel, to serve as my co-counsel for this case. I am further requesting that Mr. Sapone be authorized to work in the capacity as a CJA attorney, and therefore permitted to bill at the current CJA attorney hourly rates.

    Thank you for your consideration.

Mr. Fargesen's request that Mr. Edward Sapone be authorized to serve as co-counsel in the capacity of a CJA attorney is granted.

SO ORDERED.

*Loretta A. Preska*
9/15/2023

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Fargesen

*[signature]*
_____
By: Steven Brill