

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

September 27, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re: *United States of America v. Vitaly Fargesen*
Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

On behalf of all defense counsel and the government, I respectfully request that the Court extend the date for filing our Proposed Voir Dire and Requests to Charge until tomorrow, September 28, 2023.

Thank you for your consideration.

SO ORDERED
*Loretta A. Presk*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/27/23

Very Truly Yours,

SULLIVAN|BRILL, LLP

_____
By: Steven Brill