UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
United States of America,                 :
                                          :
                                          :   21 CR 602(LAP)
                        Plaintiff(s),     :
                                          :   SCHEDULING ORDER
            -against-                     :
                                          :
Vitaly Fargesen,                          :
Igor Palatnik,                            :
                        Defendant(s).     :
                                          :
-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        It is hereby

        ORDERED that trial is scheduled to commence in

courtroom 12A, United States Courthouse, 500 Pearl Street, New

York, New York, on October 16, 2023 at 10:00 A.M. in the above-

captioned action.  The final pretrial conference is scheduled for

October 11, 2023 at 11:30 A.M.


SO ORDERED.

                              _Loretta A. Preska_

                              Loretta A. Preska, Senior U.S.D.J.



Dated:    New York, New York
          September 28, 2023