UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>VITALY FARGESEN and<br>IGOR PALATNIK,<br><br>               Defendants. | 21-CR-602 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' submissions dated September 21, 22, and 29, 2023.  (Dkt. nos. 130, 131, 137, 149, 157, 158.)  The Court hereby orders that, on or before October 4, 2023, Defendants shall provide the Government with (i) written notice and the contours (including the bases and scope of, and the count or counts to which it is said to apply) of any advice of counsel defense that Defendants will raise at trial, and, if so, (ii) all documents (including attorney-client and attorney work product documents) that support or might impeach or undermine any such defense.

**SO ORDERED.**

Dated:    September 30, 2023
            New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge