

SULLIVAN|BRILL
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 24, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    *United States of America v. Vitaly Fargesen*
              Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

      With the government's consent, we respectfully request that Your Honor modify Mr. Fargesen's bail conditions to permit him to travel to Brooklyn to visit with his Mother on Sundays and Tuesdays. His Mother lives alone and Mr. Fargesen tends to her daily needs and sometimes takes her to the cemetery where her husband (Mr. Fargesen's Father) is buried. If permitted to travel, Mr. Fargesen will provide PTS with his schedule and whereabouts.

      Thank you for your consideration.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

10/25/23

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill