

**SULLIVAN | BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

December 29, 2023

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    *United States of America v. Vitaly Fargesen*
               Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

      Mr. Fargesen has pled guilty and is awaiting sentencing. He presently has a sentencing date of January 30, 2024. Since his plea on October 10, 2023, Mr. Fargesen was placed on home detention. His PTS officer in New Jersey, where he is supervised, has indicated that Mr. Fargesen has been fully compliant. I am awaiting word from the SDNY PTS, but I have no reason to believe that their report will be any different.

      While on home detention, Mr. Fargesen has worked full time, but has had very little ability to physically interact with his young and old children. Although we anticipate that we will soon request that Your Honor remove his home detention bail condition, for now we seek permission for Mr. Fargesen to attend a movie and have dinner with his wife and child on December 30, 2023, from 5pm to 10pm.

      The government has no objection, but that they would have preferred to have SDNY PTS's input.

      Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

Mr. Fargesen's request to attend the family gathering described herein is approved. SO ORDERED.

Date: 12/29/2023

LORETTA A. PRESKA
SENIOR UNITED STATES DISTRICT JUDGE