

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 10, 2024

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    *United States of America v. Vitaly Fargesen*
             Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

    Mr. Fargesen has pled guilty and is awaiting sentencing. He presently has a sentencing date of January 30, 2024. Since his plea on October 10, 2023, Mr. Fargesen was placed on home detention. Pre Trial-Services in New Jersey, where he is supervised, has indicated that Mr. Fargesen has been fully compliant. In addition, SDNY PTS also indicate that Mr. Fargesen has been fully compliant.

    While on home detention, Mr. Fargesen has worked full time, but has had very little ability to physically interact with his young and old children and attend desired family functions. Therefore, we respectfully request that Your Honor modify his bail conditions by removing the home detention requirement and replacing with **location monitoring enforced by GPS and a curfew to be set by pretrial services in New Jersey.** The government and PTS in New Jersey and the SDNY consent to this modification.

    Thank you for your consideration.

                                        Very Truly Yours,

                                        SULLIVAN|BRILL, LLP

January 10, 2024

```
Mr. Fargesen's request to modify his
bail  conditions  to  replace  home
detention with location monitoring,
as described herein, is GRANTED.
SO ORDERED.
```

                                        By: Steven Brill

```
LORETTA A. PRESKA
Senior United States District Judge
```