

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

June 3, 2024

**<u>Via ECF</u>**
Honorable Loretta A. Preska
United States District Judge
500 Pearl Street, Room 2220
New York, NY 10007

   Re: *United States of America v. Vitaly Fargesen*
     Ind. No.: 21 Cr. 602 (LAP)

Dear Judge Preska:

   On behalf of Mr. Fargesen, I respectfully request that Your Honor modify Mr. Fargesen's bail conditions to permit him to travel to Pennsylvania on June 11, 2024, in order to drive his daughter and former wife to a dental appointment.   If permitted to travel, Mr. Fargesen will provide PTS with his schedule and detailed whereabouts.

   PTS has no objection to this request, and the government defers to PTS.

   Thank you for your consideration.

     Very Truly Yours,

     SULLIVAN|BRILL, LLP

     By: Steven Brill

Mr. Fargesen is permitted to travel to Pennsylvania on June 11, 2024 to transport his former wife and daughter to a dental appointment. As a condition of  modification of his bail, Mr. Fargesen shall provide Pretrial Services with a proposed itinerary for its review and approval.  SO ORDERED.

Date:  06/04/2024

LORETTA A. PRESKA, U.S.D.J.