

**SULLIVAN|BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

September 29, 2024

**Via ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re: **United States v. Vitaly Fargesen**
           Ind. # 21 Cr. 602 (LAP)

Dear Judge Preska:

    I represent Mr. Fargesen  Your Honor sentenced Mr. Fargesen on July 10, 2024.  As part of his original bail conditions, Mr. Fargesen surrendered his U.S. Passport.  Now that his case is resolved, I am respectfully requesting that Your Honor remove this condition and authorize Pre-Trial Services to release his Passport.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Fargesen

By: Steven Brill

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/30/24